LAW OFFICES OF

# KOFFSKY & FELSEN, LLC
**1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660**

July 18, 2022

**Via ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York  10601

Application granted.  The Clerk of Court is respectfully directed to terminate Mr. Koffsky as counsel for Mr. Collado.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

7/18/22

**Re:   United States v. Joel Collado
       Docket No.    7:22-cr-356 (CS)**

Dear Judge Seibel:

On or about June 8, 2022, the defendant, Joel Collado, was arrested and presented before the Court on the above-entitled matter. On the date of the defendant's presentment, undersigned counsel was appointed pursuant to the Criminal Justice Act to represent the defendant. On or about July 7, 2022, Attorney Milton H Florez filed with the Court a Notice of Appearance as retained counsel for defendant Collado.

As a result of the appearance of retained counsel on behalf of defendant Collado, the undersigned respectfully moves to withdraw his appearance.

                                                    Respectfully submitted


                                              __/s/ **Bruce D. Koffsky**__
                                                 Bruce D. Koffsky


BDK/me
cc:    All Counsel of Record via ECF.