# MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO*
KATHLEEN E. CASSIDY
BENJAMIN S. FISCHER
CATHERINE M. FOTI
CHRISTOPHER B. HARWOOD
LAWRENCE IASON
BRIAN A. JACOBS
TELEMACHUS P. KASULIS
KAREN R. KING
THOMAS A. McKAY
ROBERT M. RADICK*
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
RICHARD D. WEINBERG
LISA ZORNBERG

565 FIFTH AVENUE
NEW YORK, NEW YORK 10017
(212) 856-9600
FAX: (212) 856-9494

www.maglaw.com

WRITER'S CONTACT INFORMATION

bjacobs@maglaw.com
(212) 880-9536
#

COUNSEL
JOSHUA BUSSEN
PIPPA HYDE***
KEFIRA WILDERMAN

RETIRED/PARTNER EMERITUS
PAUL R. GRAND

ROBERT G. MORVILLO
1938-2011
MICHAEL C. SILBERBERG
1940-2002
JOHN J. TIGUE, JR.
1939-2009

*ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT
***ALSO ADMITTED IN ENGLAND AND WALES

April 21, 2026

**Via ECF**

Hon. Cathy Seibel
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas St
White Plains, NY 10601

The court reporter(s) may release the requested sealed transcript portions to Mr. Jacobs. The 4/18/23 portions will remain sealed for all other purposes, but the Court does not see why the 4/17/23 portion needs to remain sealed. The 4/17/23 portion will be unsealed effective 5/7/26 unless the parties provide a reason before that date as to why it should remain sealed.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

4/23/26

Re:    *United States v. Collado*, 22-cr-356 (CS)

Dear Judge Seibel,

I was appointed as CJA counsel to defendant-appellant Joel Collado in his Second Circuit Appeal (23-8070) of the judgment entered in the above-referenced matter before Your honor. I write to request that the Court authorize me to access the sealed portions of Mr. Collado's trial transcripts. In particular, the following excerpts of trial transcripts are sealed: pages 9–13 of the April 17, 2023 transcript, and pages 161–63 and 249 of the April 18, 2023 transcript. Each of these sealed portions of the transcript contains side-bar discussions with Your Honor or refers to exhibit redactions. I ordered the transcript from the Court Reporters, but the Court Reporters indicated that they will not release the unsealed transcripts to me without a signed order from Your Honor. Accordingly, to enable me to fulfill my obligations as CJA counsel to Mr. Collado in his appeal, I request that the Court authorize the Court Reporters to release to me the sealed portions of the trial transcripts. I note that I entered an appearance in this matter solely for the purposes of making this request. In addition, I informed the government of this request and the government has no objection.

Respectfully submitted,

*/s/ Brian A. Jacobs*

Brian A. Jacobs